## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina  28612

       Petitioner

v.

RONALD DRINKS
27005 Yowaiski Mill Road
Mechanicsville, Maryland  20659

<u>Serve on</u>:

Thomas C. Costello, Esquire
West & Costello, LLC
Mercantile Building, Suite 1010
409 Washington Avenue
Baltimore, Maryland 21204

and

FINRA[1]
1735 K Street, N.W.
Washington, D.C.  20006

       Respondents

Civil Action No.:

## NOTICE OF FILING TO CONFIRM ARBITRATION AWARD

TO:    Thomas C. Costello, Esquire
       West & Costello, LLC
       Mercantile Building, Suite 1010
       409 Washington Avenue
       Baltimore, Maryland 21204

       and

       FINRA
       Betty Brooks, Esq.

---

[1] FINRA, the Financial Industry Regulatory Authority, was formerly known as the National Association of Securities Dealers ("NASD").

1735 K Street, N.W.
Washington, D.C.  20006

Please take notice that on this 4th day of September, 2007, a civil action to confirm an arbitration award was filed in the United States District Court for the District of Columbia.  Any subsequent filings in the matter should be filed electronically.

Respectfully submitted,

Jeffrey J. Hines, Esq. (#406090)
George S. Mahaffey Jr., Esq. (#MD15083)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ of September 2007, a copy of the foregoing

was sent via first class mail to the following:

Betty Brooks, Esquire
FINRA
1735 K Street, N.W.
Washington, D.C.  20006
*Counsel for the Respondent FINRA*


Thomas C. Costello, Esquire
West & Costello, LLC
Mercantile Building, Suite 1010
409 Washington Avenue
Baltimore, Maryland 21204
*Counsel for Respondent Drinks*

George S. Mahaffey Jr.

**887049**

FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina  28612

      Petitioner

v.

RONALD DRINKS
27005 Yowaiski Mill Road
Mechanicsville, Maryland  20659

Serve on:

Thomas C. Costello, Esquire
West & Costello, LLC
Mercantile Building, Suite 1010
409 Washington Avenue
Baltimore, Maryland 21204

and

FINRA
1735 K Street, N.W.
Washington, D.C.  20006

      Respondents

Civil Action No.:

**ORDER**

Having considered Petitioner's Petition to Confirm Arbitration Award and after considering the record as a whole, it is this _____ day of_____ 2007, hereby:

**ORDERED** that Petitioner's Petition to Confirm Arbitration Award shall be and is **GRANTED** and that the Stipulated Award entered in the NASD action styled *Drinks v. Legacy et al.*, NASD No.: 05-00275 is confirmed thereby granting all relief set forth in the Stipulated Award.

                           _____
                           Judge, United States District Court for the
                           District of Columbia

Copies to:

George S. Mahaffey Jr., Esq.
Jeffrey J. Hines, Esq.
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
*Counsel for Petitioner*

Betty Brooks, Esquire
FINRA
1735 K Street, N.W.
Washington, D.C.  20006
*Counsel for FINRA*

Thomas C. Costello, Esquire
West & Costello, LLC
Mercantile Building, Suite 1010
409 Washington Avenue
Baltimore, Maryland 21204